**Opinion issued June 9, 2016**



In The

# Court of Appeals

### For The

## First District of Texas

_____

### NO. 01-16-00344-CV

### NO. 01-16-00345-CV

_____

## IN RE BRUCE STANLEY GRIFFIN, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Bruce Stanley Griffin, filed a petition for writ of mandamus in two trial court causes, challenging the Brazoria District Clerk's withdrawals from Griffin's inmate trust account.[1]

---

[1]    The underlying cases are *The State of Texas v. Bruce Stanley Griffin*, cause number 66035 and 66036, pending in the 23rd District Court of Brazoria County, Texas, the Honorable Ben Hardin, presiding.

An appellate court has the power to issue a writ of mandamus, other than against a district or county court judge, to enforce its jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a),(b) (West 2004); *In re Smith*, 263 S.W.3d 93, 95 (Tex. App.—Houston [1st Dist.] 2006, orig. proceeding). Relator is not seeking to enforce our jurisdiction. Instead, he is seeking mandamus relief against the Brazoria District Clerk for acts that do not relate to our jurisdiction. Accordingly, we have no jurisdiction to grant the relief relator seeks.

We dismiss the petitions for lack of jurisdiction.

**PER CURIAM**

Panel consists of Justices Keyes, Brown, and Huddle.